# United States District Court Northern District of Illinois
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

FILED
2/4/2021 2:22 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2020L050491
12092649

| Case Title: | Raymond Frank Baez David James Baez | Plantiff(s) |
|---|---|---|
| | VS. | |
| | The State of California The People of California | Defendant(s) |
| Case Number: | 2020L050491     Judge: PATRICK HENEGHAN | |

FILED DATE: 2/4/2021 2:22 AM    2020L050491

I, __Raymond Frank Baez_____ hereby apply to the Court

under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

__(Baez Brothers) David Baez Raymond Baez_____ by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| Chicago North District1 Richard J Daley Circuit Court | 8-31-2019 |
| North District Michael Antonovich | 8-28-2018 |
| | |
| | |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| 20181128538 | David James Baez vs South West Law Center | Granted 8-28-2018 |
| 2020L050491 | Raymond Frank Baez David James Baez vs The State of California The People of California | 2-4-2021 |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

Has the applicant designated local counsel?     Yes [X]     No [ ]

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

| | | |
|---|---|---|
| sanctioned, censured, suspended, disbarred, or otherwise disciplined by any court? | Yes ☐ | No ☒ |
| or is the applicant currently the subject of an investigation of the applicant's professional conduct? | Yes ☐ | No ☒ |
| transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court? | Yes ☐ | No ☒ |
| denied admission to the bar of any court? | Yes ☐ | No ☒ |
| held in contempt of court? | Yes ☐ | No ☒ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

| 2-4-2021 | s/ Raymond Frank Baez |
|---|---|
| Date | Electronic Signature of Applicant |

| Applicant's Name | Last Name<br>Baez | First Name<br>Raymond | Middle Name/Initial<br>Frank |
|---|---|---|---|
| Applicant's Law Firm | Baez Brothers | | |
| Applicant's Address | Street Address<br>5720 East Ave R-12 | | Room/Suite Number<br>Na |
| | City<br>Palmdale | State<br>Ca | ZIP Code<br>93552 | Work Phone Number<br>6618103200<br>Email Address<br>weese56@outlook.com |

(The pro hac vice admission fee is $150.00 and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)

NOTE: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $181.00 The fee for pro hac vice admission is $150.00. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

Rev. 11/13/2019

FILED DATE: 2/4/2021 2:22 AM    2020L050491

Raymond Frank Baez NCBE-10501247-BAR-6543219
5720 E Ave R-12 Palmdale Ca 93552
3139 West School Chicago IL 60618
661-810-3200
Weese56@outlook.com
Raymond Frank Baez, Petitioner In Pro Hac Vice

FILED DATE: 2/4/2021 2:22 AM   2020L050491

THE UNITED STATES COURT OF ILLINOIS COUNTY OF COOK NORTH DISTRICT-LAW DIVISION

| | |
|---|---|
| Raymond Frank Baez <br><br> Petitioner, <br><br> vs. <br><br> The State Of California The People Of California, <br><br> Defendants | Case No.:2020L050491 <br><br> NOTICE OF MOTION RE:APPLICATION TO APPEAR PRO HAC VICE IN SUPPORT OF THE ATTACHED DECLARATION,VERIFICATION, PROPSED OREDER <br><br> Date: 3-11-2021 <br> Time:11:00 am <br> Dept.:Calendar 5 |

**NOTICE OF MOTION RE APPLICATION TO APPEAR PRO HAC VICE**

TO ALL PARTIES AND THEIR ATTORNEY ON RECORD

PLEASE TAKE NOTICE that on March 11 2021 at 11:00 am calendar 5 of the Circuit Court Located at 50 W Washington St Chicago IL 60604,the Applications to Appear Pro Has Vice filed by Raymond Frank Baez out of state attorney .These applications will be supported by this notice and three applications and the declaration of Attorney David Andrew Baez..

Respectfully Submitted,
Date: 1-26-2021

David Andrew Baez,
ATTORNEY FOR DEFENDANT DAVID JAMES BAEZ

FILED DATE: 2/4/2021 2:22 AM 2020L050491

## DECLARATION OF DAVID BAEZ IN SUPPORT OF APPLICATION TO APPEAR PRO HAC VICE

I DAVID BAEZ DECLARE

1. I am a member of the state Bar of Illinois For the Defendant David James Baez. I have personal Knowledge of the Facts set fourth below and if called as a witness could testify to them .

2. I have been acting as a local counsel for Defendant David James Baez in the referenced matter.

3. Raymond Frank Baez in the city of Los Angeles state of California ,have been directing all of the substantive issues in the case and Defendant James Baez seeks to have him serve as trial counsel for the matter.

4. I have reviewed the executed applications for admission pro has vice of Raymond Frank Baez and am informed and believe that all information contained therein is true and correct

5. I Am informed and believe that Raymond Frank Baez is a member of the state bar of California and was admitted to practice in year 2019 Bar # CA-63122 and CA-65432 .

6. This Declarant Requests that this court allow Raymond Frank Baez to appear as counsel pro hac vice with assigned Bar number 6543219 and to be associated as counsel in the connection with the above case and to participate in all aspects thereof including all trial and pretrial proceedings.

7. I have served a copy of this declaration and application for admission on the offices of the State Bar of Illinois with the necessary fee.

I certify and declare under the penalty of perjury under the laws of the State Of Illinois that the foregoing is true and correct and that this declaration was executed at Cook County on

Date- 1-26-2021

DAVID ANDREW BAEZ

Name of Illinois Attorney

FILED DATE: 2/4/2021 2:22 AM   2020L050491

# VERIFIED APPLICATION BY RAYMOND FRANK BAEZ FOR APPROVAL TO APPEAR PRO HAC VICE

1. I RAYMOND FRANK BAEZ HEREBY PETITION THE ABOVE ENTITLED COURT TO PERMIT ME TO APPEAR AND PARTICIPATE IN THIS CASE AND IN SUPPORT OF A CERTIFICATE OF JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT:

2, My residence address is 5720 East Avenue R-12 Palmdale Ca 93552,

3 My Brothers Address is 3139 West School Chicago IL 60618

4. I was admitted to practice before the following federal courts on the dates indicated for each and am a member in good standing of and am eligible to practice before each court.

| Court | Date Admitted |
|---|---|
| NORTH DISTRICT MICHAEL ANTONOVICH | AUGUST 2019 |
| SANTA CLARA - | AUGUST 2019 |
| MARKHAM IL DISTRICT 6 | AUGUST 2019 |
| BRIDGEVIEW IL DISTRICT 5 | AUGUST 2019 |
| CHICAGO IL DISTRICT 1 | AUGUST 2019 |

5. I am not currently suspended or disbarred in any court.

6. I am not regularly engaged in the practice of law or other business in the State of Illinois

7. I have not been admitted pro hac vice to practice before this court or any other court in the

state of Illinois within the past two years.

8. I hereby Designate the Following Attorneys as local counsel in this court.

I declare under penalty of perjury that the foregoing is true and correct.

                                                  *RAYMOND FRANK BAEZ*
                                                    Out of state Attorney

Dated-1-26-2021

I hereby consent to the above Designation.

Dated-1-26-2021

                                                     David Andrew Baez
                                                     Illinois Attorney

FILED DATE: 2/4/2021 2:22 AM   2020L050491

## ORDER ON ADMISSION PRO HAC VICE

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter and good cause having been shown; it is

ORDERED that Raymond Frank Baez be permitted to appear pro hac vice; provided that an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and shall promptly notify the out-of-state attorney of their receipt. and it is further

ORDERED that the applicant shall arrange with the Chicago Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent his client in a matter pending in this Court in accordance with Illinois Court said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the fee required for pro hac vice admission to the District Court for the District of North Illiinois also be payable within twenty (20) days of entry of this Order.

ORDERED that the Clerk shall forward a copy of this Order to the Chicago Illinois Lawyers' Fund for Client Protection within 5 days of its date of entry.

DATED-

_____

UNITED STATES MAGISTRATE JUDGE

FILED DATE: 2/4/2021 2:22 AM   2020L050491

## PROOF OF SERVICE RE DELIVERY OF APPLICATIONS TO APPEAR PRO HAC VICE WITH FILING FEES TO THE STATE BAR OF ILLINOIS

I am employed in the state of Illinois I am over the age of 18 and not a party to the within action my business address is on date I served the foregoing document described as,

1. Notice of Motion regarding application to appear Pro Hac Vice

2. Verified application by Raymond Frank Baez for approval to appear Pro Hac Vice.

3. Declaration of David Andrew Baez in support of applications to appear Pro Hac Vice.

On interested parties in his action by placing a tru copy thereof enclosed in a sealed envelope addressed as set fourth below.

The State Bar of Illinois
Board of Admissions to the Bar
625 South College Street Springfield, Illinois 62704

SERVICE BY US MAIL.