[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

|  |  |  |
|---|---|---|
| Plaintiff | ) | **United States District Court** |
| Baez. et. al | ) | **Northern District of Illinois** |
| v. | ) | 1:21-CV-06332 |
| Defendant | ) |  |
| Wye knot cardinal Property LLC, et. al | ) **COMPLAINT** |  |

Return Date: No return date scheduled
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Illinois ▼

FILED
10/22/2020 11:09 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L062056

10880276

| RAYMOND FRANK BAEZ | ) | 2019L062056 |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 9778938 |
| THE STATE OF CALIFORNIA THE PEOPLE OF CA | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 09/09/2020.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 10/19/2020

*CLERK OF COURT*

10/22/2020 11:09 PM DOROTHY BROWN

_____
*Signature of Clerk or Deputy Clerk*

[Seal: Circuit Court of Cook County, Illinois]

For Court Use Only

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS
6230 Sylmar Avenue
Van Nuys CA 91401-2730

PLAINTIFF/PETITIONER:
Raymond Frank Baez David James Baez

DEFENDANT/RESPONDENT:
The State of California The People Of California

**JUDGMENT BASED ON SISTER-STATE JUDGMENT**
(Code Civ. Proc., §1710.25)

FILED
Superior Court of California
County of Los Angeles
09/09/2020
Sherri R. Carter, Executive Officer / Clerk of Court
By: M. Estorga, Deputy

CASE NUMBER
**20VECP00297**

An application has been filed for entry of judgment based upon judgment entered in the State of:
Illinois

Pursuant to Code of Civil Procedure section 1710.25, judgment is hereby entered in favor of plaintiff/judgment creditor:
Raymond Frank Baez

and against defendant/judgment debtor:
The State of California The People Of California

for the amount shown in the application remaining unpaid under said Judgment in the sum of $ 2,241,975.00 together with interest on said Judgment in the sum of     Los Angeles Superior Court Filing fees in the sum of     , costs in the sum of $    0.00    , and interest on said judgment accruing from the time of entry of Judgment at the reate provided by law.

SHERRI R. CARTER, Executive Officer/Clerk

Dated: September 9, 2020

By: [signature]    M. ESTORGA
Deputy Clerk

---

**CERTIFICATE OF MAILING**

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the **Judgment Based on Sister-State Judgment (code civ. Proc., §1710.25)** upon each party or counsel named below by depositing in the United Stated mail at the courthouse in Van Nuys, California, one copy of the original filed herein a seperate sealed envelope for each address as shown below with the postage thereon fully prepaid.

Raymond Frank Baez
3139 W School
Chicago Il 60618

SHERRI R. CARTER, Executive Officer/Clerk

Dated: September 9, 2020

By: [signature]
Deputy Clerk    M. ESTORGA

---

LACIV 209 09/07
LASC Approved

JUDGMENT BASED ON SISTER-STATE JUDGMENT
(Code Civ. Proc., §1710.25)

Code Civ. Proc., §1710.25

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): RAYMOND FRANK BAEZ **3139 W School chicago IL 60618** TELEPHONE NO. 6618103200 | FOR COURT USE ONLY |
| ATTORNEY FOR (Name): PRO PER | **FILED** Superior Court of California County of Los Angeles 09/04/2020 Sherri R. Carter, Executive Officer / Clerk of Court By M. Estorga, Deputy |
| NAME OF COURT: COURT OF CALIFORNIA | |
| STREET ADDRESS: LMAR AVENUE | |
| MAILING ADDRESS: VAN NUYS, CA 91401 | |
| CITY AND ZIP CODE: VAN NUYS COURTHOUSE EAST | |
| BRANCH NAME: | |
| PLAINTIFF: RAYMOND FRANK BAEZ DAVID JAMES BAEZ | |
| DEFENDANT: THE STATE OF CALIFORNIA THE PEOPLE OF CALIFORNIA | |
| NOTICE OF ENTRY OF JUDGMENT ON SISTER-STATE JUDGMENT | CASE NUMBER: 20VECP00297 |

1. TO JUDGMENT DEBTOR (name):
   THE STATE OF CALIFORNIA THE PEOPLE OF CALIFORNIA

2. YOU ARE NOTIFIED
   a. Upon application of the judgment creditor, a judgment against you has been entered in this court as follows:
      (1) Judgment creditor (name): RAYMOND FRANK BAEZ
      (2) Amount of judgment entered in this court: $ 2,241,975.00
   b. This judgment was entered based upon a sister-state judgment previously entered against you as follows:
      (1) Sister state (name): ILLINOIS
      (2) Sister-state court (name and location):
          MARKHAM MUNICPAL COURT DISTRICT 6 16313 Kedzie Parkway Markham, Illinois, 60428
      (3) Judgment entered in sister state on (date): 10-30-2019
      (4) Title of case and case number (specify): 2018M6010261
          BAEZ VS THERIAULT ETC

3. A sister-state judgment has been entered against you in a California court. Unless you file a motion to vacate the judgment in this court within 30 DAYS after service of this notice, this judgment will be final.

   This court may order that a writ of execution or other enforcement may issue. Your wages, money, and property could be taken without further warning from the court.

   If enforcement procedures have already been issued, the property levied on will not be distributed until 30 days after you are served with this notice.

Date: 09/04/2020                                                Clerk, by _____, Deputy
                                                                                    M Estorga
                                                                                    M. ESTORGA

4. [✓] NOTICE TO THE PERSON SERVED: You are served
   a. [ ] as an individual judgment debtor.
   b. [ ] under the fictitious name of (specify):
   c. [✓] on behalf of (specify):
          THE PEOPLE OF CALIFORNIA
   Under:
   [✓] CCP 416.10 (corporation)        [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation) [✓] CCP 416.70 (conservatee)
   [✓] CCP 416.40 (association or partnership) [✓] CCP 416.90 (individual)
   [✓] other THE PEOPLE OF CA

   (Proof of service on reverse)

Form Approved by the Judicial Council of California
EJ-110 [Rev. July 1, 1983]

**NOTICE OF ENTRY OF JUDGMENT ON SISTER-STATE JUDGMENT**

CCP 1710.30, 1710.40
1710.45

Electronically FILED by Superior Court of California, County of Los Angeles on 09/25/2020 08:01 PM Sherri R. Carter, Executive Officer/Clerk of Court, by L. Marquez, Deputy Clerk

| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY (LEAVE BLANK IF NOTICE IS BY CLERK OF THE COURT):<br>RAYMOND FRANK BAEZ PHV<br>3139 W SCHOOL CHICAGO IL 60618<br><br>ATTORNEY FOR (Name): PRO PER | STATE BAR NUMBER | Reserved for Clerk's File Stamp<br><br>FILED<br>10/27/2020 12:21 AM<br>DOROTHY BROWN<br>CIRCUIT CLERK<br>COOK COUNTY, IL<br>2020L066087 |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
COURTHOUSE ADDRESS:
6230 SYLMAR AVENUE VAN NUYS 91401
PLAINTIFF:
RAYMOND FRANK BAEZ
DEFENDANT:
THE STATE OF CALIFORNIA THE PEOPLE OF CALIFORNIA

**NOTICE OF ENTRY OF:** [✓] **JUDGMENT** [ ] **DISMISSAL**
[ ] **OTHER ORDER**

CASE NUMBER: 20VECP00297

To the above named parties and to their attorneys of record, you are hereby given notice of entry of:

[✓] Judgment in the above-entitled matter, entered on (date): 09-09-2020

[ ] Order of Dismissal in the above-entitled matter, filed on (date): ____

[ ] Order ENTRY OF JUDGMENT ON SISTER STATE JUDGMENT, filed on (date): 09-04-2020

---

### DECLARATION OF MAILING

I, (typed or printed name) J BAEZ ____, do hereby (check one):

[ ] declare under penalty of perjury under the laws of the State of California that I am an active member of the State Bar of California;

[✓] declare under penalty of perjury under the laws of the State of California that I am
(check one) [ ] employed in / [✓] a resident of 3139 W SCHOOL CHICAGO IL 60618 COOK County,
(where mailing occurred)
over the age of 18 years, and not a party to the cause within; that my
(check one) [ ] business / [✓] residence address is as shown above;

and that on the date shown below I served the notice of entry of the above-named document filed and entered herein, by depositing true copies thereof in sealed envelope(s), with postage fully prepaid, in the United States Mail Service located at CHICAGO (city), ILLINOIS (state)
addressed to the parties named below:

SOUTH WEST LAW CENTER 22440 CLARENDON ST STE 200 WOODLAND HILLS CA 91367, HARMONIE THERIAULT 4337 1/2 WEST AVE L-2 LANCASTER 93534, GROUP xii PROPERTIES LP 2710 N GATEWAYOAKS DR STE 150 SACRAMENTO 95833, 4900 SANTA ANITA AVE EL MONTE 91731

MIDLAND FUNDING LLC 2365 NORTHSIDE DR STE 300 SAN DIEGO, CA 92108, 208 S LA SALLE ST CHICAGO IL 60604, MEDICAL BOARD OF CA 2005 EVERGREEN ST STE 1200 SACRAMENTO 95815, SACRAMENTO FUNERAL BUREAU 1625 N MARKET BLVD STE S208 SACRAMENTO 95834

[✓] Additional names and addresses on attached sheet.

Dated: 9-24-2020      Signed: /s/ RB
(Signature of declarant)
Typed or printed name of declarant: RAYMOND FRANK BAEZ

LASC LACIV 123 (Rev. 08/18)
For Optional Use

**NOTICE OF ENTRY OF JUDGMENT/ DISMISSAL/OTHER ORDER**

Code Civ. Proc., §§ 664.5, 1013a
Cal. Rules of Court 8.104 & 8.751

POS-030(P)

| SHORT TITLE: RAYMOND FRANK BAEZ VS THE STATE OF CALIFORNIA THE PEOPLE OF CA | CASE NUMBER 20VECP00297 |
|---|---|

# ATTACHMENT TO PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL (PERSONS SERVED)
*(This Attachment is for use with form POS-030)*

**NAME AND ADDRESS OF EACH PERSON SERVED BY MAIL:**

| Name of Person Served | Address (number, street, city, and zip code) |
|---|---|
| CLAERY & HAMMOND LLP | 2121 AVENUE OF THE STARS LOS ANGELES 90067 |
| WELLS FARGO ADVISORS LLC JOHN FERNANDO VALENCIA | 38032 5TH STREET EAST APT 68 PALMDALE CA 93550, 1853 HOOPER AVE TOMS RIVER NJ 08753 |
| DERRICK L SMITH | 37926 47 TH STREET EAST STE D PALMDALE CA 93552 |
| FAMILY MEMORIAL SERVICES | 1008 W AVE J LANCASTER CA 93534 |
| CHAPEL OF THE VALLEY | 1755 EAST AVE R PALMDALE CA 93550 |
| THE SHERRY LANSING FOUNDATION | 2121 AVENUE OF THE STARS LOS ANGELES 90067. 200 W ADAMS SUITE 2500 CHICAGO IL 60606 |
| THE PEOPLE OF CALIFORNIA | 42011 4TH ST WEST ROOM 3530 LANCASTER CA 93534 |

Form Approved for Optional Use
Judicial Council of California
POS-030(P) [New January 1, 2005]

**ATTACHMENT TO PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL (PERSONS SERVED)**
*(Proof of Service)*

Page ____ of ____

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address and telephone #):<br>Raymond Baez<br>3139 W School Chicago IL 60618<br>STATE BAR NO: 63122<br>ATTORNEY FOR (Name): David Baez<br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara<br>161 North First Street<br>San Jose Ca 95113 | FOR COURT USE ONLY<br>DOROTHY BROWN<br>CIRCUIT CLERK<br>COOK COUNTY,<br>20181128538<br>6987004<br>Electronically Filed<br>by Superior Court of CA,<br>County of Santa Clara,<br>on 10/16/2019 12:22 AM<br>Reviewed By: System System<br>Case #2012-1-CV-237374<br>Envelope: 3523763 |
| PETITIONER/PLAINTIFF:<br>Raymond Baez | |
| RESPONDENT/DEFENDANT:<br>South West Law Center Etc/ D. Baez | |
| JUDGMENT PURSUANT TO<br>CODE OF CIVIL PROCEDURE SECTION 1710.25 | CASE NUMBER:<br>2012-1-CV-237374 |

Upon application of the Plaintiff to the Clerk of the Court for Judgment and pursuant to the provisions of Section 1710.25 of the Code of Civil Procedure.

JUDGMENT IS HEREBY ENTERED that Plaintiff(s)

Raymond Baez David Baez

Recover from the Defendant(s)

South West Law Center et.al. Etc

the following sum:

| | |
|---|---|
| Amount Unpaid on Sister State Judgment | $ 5,000,000.00 |
| Accrued Interest on Sister State Judgment | $ 2,241,975.00 |
| Filing Fee for Entry of Sister State Judgment | $ 450.00 |
| TOTAL JUDGMENT ENTERED | $ 5,000,000.00 |

CLERK OF THE COURT

Date: _____     By: _____
                              DEPUTY

JUDGMENT PURSUANT TO CCP § 1710.25

Return Date: No return date scheduled
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

FILED
2/3/2021 3:19 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2020L050491

12075534

**3315 Memorandum of Judgment**           (12/01/20) CCG 0015

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Raymond Frank Baez David James Baez

v.

Case No. 2020I050491

The State Of California The People of California

### MEMORANDUM OF JUDGMENT

On __9/9/20__, judgment was entered in this court in favor of the plaintiff __Raymond Frank Baez__ and against defendant __The State of California The People of California__ whose address is __200 w adams st ste 2500 chicago iL 60606__ in the amount of $ __2,241,975.00__.

ENTERED:

Dated: __2/3/21__

_____  _____
Judge  Judge's No.

Atty. No.: 99500
Atty Name: Raymond Frank Baez
Atty. for: David James Baez
Address: 3139 West School
City: Chicago
State: IL  Zip: 60618
Telephone: 6618103200
Primary Email: WEESE56@OUTLOOK.COM

*Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois*
cookcountyclerkofcourt.org
Page 1 of 1

8001
8002 (This form replaces CCMD-0634-2 thru 6 & CCM1 602)                                               (Rev. 12/01/20) CCM 0634

Hearing Date: No hearing scheduled

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MANDATORY ARBITRATION PROGRAM
First MUNICIPAL DISTRICT

FILED
2/3/2021 3:02 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
20181128538

12075502

raymond frank baez david james baez

v.

No. 20181128538

south west law center etc

IN ARBITRATION

## JUDGMENT ON AWARD OF ARBITRATION

This cause coming on to be heard on the Judgment on Award Call, on **plaintiffs** motion,

THE COURT FINDS:

1. The Award of Arbitrators was filed with the Clerk of the Circuit Court of Cook County on **August 30**, **2019**.

2. A notice of rejection has not been filed with the Clerk of the Circuit Court of Cook County.

IT IS ORDERED:

That judgment on the award is entered in favor of **Raymond Frank Baez and David James Baez**

and against **South West Law Center, Harmonie Theriault, Medical Board Of California Sacramento Funeral Bureau, GroupxiiProperties Lp**

in the amount of, **5,000,000.00**

Atty. No.: 99500
Name: Raymond frank Baez
Atty. For: David James Baez
Address: 3139 West School
City/Zip: Chicago 60618
Telephone: 6618103200

February 3, 2021

ENTER:

_____
Judge         Judge's No.

IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

FILED
10/26/2020 7:54 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
10913836

__Notice of Filing to Register a Foreign Judgment__  (10/19/18) CCG 0612

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

MUNICIPAL **DEPARTMENT** LAW / FIRST **DIVISION/DISTRICT**

RAYMOND FRANK BAEZ

Plaintiff

v.   Case No. 2020L050491

THE STATE OF CALIFORNIA THE PEOPL

Defendant

### NOTICE OF FILING TO REGISTER A FOREIGN JUDGMENT

Notice of Filing to Register a Foreign Judgment

☐ A Judgment from another state (735 5/12-650 et seq.)

☑ Federal judgment (i.e. a federal district court money judgment) (735 ILCS 5/12-501; 735 ILCS 5/12-650 et seq.)

☐ Foreign state (735 ILCS 5/12-618 et seq.; 735 ILCS 5/12-650 et seq.)

To Defendant: THE STATE OF CALIFORNIA THE PEOPLE OF CALIFORNIA 42011 4TH ST WEST RM 3530 LANCASTER CA 93534, 22440 CLARENDON ST STE 200 WOODLAND HILLS CA 91367, 455 golden gate Avenue ste 11000 san fransisco ca 94102

You are hereby notified that Plaintiff, RAYMOND FRANK BAEZ DAVID JAMES BAEZ
Name

3139 W SCHOOL CHICAGO IL 60618
Address | City | State | Zip

through its attorneys, RAYMOND FRANK BAEZ
Name

5720 E AVE R12 PALMDALE CA 93552
Address | City | State | Zip

did this day file an authenticated copy of a certain Foreign Judgment in the above entitled action, entered in the MUNICIPAL Court of COOK County, State of ILLINOIS on 10/8/20.

Dated: 10/8/20  10/26/2020 7:54 PM DOROTHY BROWN

Dorothy Brown
Clerk of the Circuit Court

Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 1

```
                                           FILED
                                           10/26/2020 7:54 PM
                                           DOROTHY BROWN
                                           CIRCUIT CLERK
                                           COOK COUNTY, IL
                                           10913836
```

**Notice of Filing to Register a Foreign Judgment**          (10/19/18) CCG 0612

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

MUNICIPAL **DEPARTMENT** LAW / FIRST **DIVISION/DISTRICT**

RAYMOND FRANK BAEZ

Plaintiff

v.    Case No. 2020L050491

THE STATE OF CALIFORNIA THE PEOPL

Defendant

### NOTICE OF FILING TO REGISTER A FOREIGN JUDGMENT

Notice of Filing to Register a Foreign Judgment

☐ A Judgment from another state (735 5/12-650 et seq.)

☑ Federal judgment (i.e. a federal district court money judgment) (735 ILCS 5/12-501; 735 ILCS 5/12-650 et seq.)

☐ Foreign state (735 ILCS 5/12-618 et seq.; 735 ILCS 5/12-650 et seq.)

To Defendant: THE STATE OF CALIFORNIA THE PEOPLE OF CALIFORNIA 42011 4TH ST WEST RM 3530 LANCASTER CA 93534, 22440 CLARENDON ST STE 200 WOODLAND HILLS CA 91367, 455 golden gate Avenue ste 11000 san fransisco ca 94102

You are hereby notified that Plaintiff, RAYMOND FRANK BAEZ DAVID JAMES BAEZ

3139 W SCHOOL CHICAGO IL 60618

through its attorneys, RAYMOND FRANK BAEZ

5720 E AVE R12 PALMDALE CA 93552

did this day file an authenticated copy of a certain Foreign Judgment in the above entitled action, entered in the MUNICIPAL Court of COOK County, State of ILLINOIS on 10/8/20.

Dated: 10/8/20   10/26/2020 7:54 PM DOROTHY BROWN

Dorothy Brown
Clerk of the Circuit Court

Dorothy Brown, Clerk of the Circuit Court of Cook County
cookcountyclerkofcourt.org
Page 1 of 1

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 5 day of June, 20 19 by Raymond Frank Baez,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____ (Seal)
Signature

GERARD ANTHONY BACHMAN
Notary Public - California
Los Angeles County
Commission # 2274708
My Comm. Expires Feb 5, 2023

## OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

In the Circuit Court of Cook
(Title or description of attached document)

County, Illinois Subpoena
(Title or description of attached document continued)

Number of Pages 1 Document Date _____

Additional information

## INSTRUCTIONS

The wording of all Jurats completed in California after January 1, 2015 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one with does contain the proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.

- State and county information must be the state and county where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of the document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document with a staple.

2015 Version www.NotaryClasses.com 800-873-9865

Return Date: No return date scheduled
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled third-party complaint
Location: No hearing scheduled

FILED
8/26/2020 4:30 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L062056

10242645

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| BAEZ <br> *Plaintiff* <br> v. <br> THE STATE OF CALIFORNIA <br> *Defendant, Third-party plaintiff* <br> v. <br> THE PEOPLE OF CALIFORNIA <br> *Third-party defendant* | ) <br> ) <br> ) Civil Action No. 2019L062056 <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)* THE STATE OF CALIFORNIA THE PEOPLE OF CALIFORNIA 42011 4TH ST WEST LANCASTER CA 93534 STE 3530/ 211 W Temple St Ste 1200, Los Angeles, CA 90012/161 NORTH FIRST STREET SAN JOSE CA 95113

A lawsuit has been filed against defendant THE STATE OF CALIFOR , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff BAEZ .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
THE PEOPLE OF CALIFORNIA DISTRICT ATTORNEY BOARD OF SUPERVISORS 42011 4TH STREET WEST LANCASTER CA 93534 STE 3530/211 W Temple St Ste 1200, Los Angeles, CA 90012.500 W TEMPLE ST ROOM 383 LOS ANGELES CA 90012

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
BAEZ 5720 E AVE R12 PALMDALE CA 93552 PALMDALE CA 93552 / 3139 W SCHOOL CHICAGO IL 60618

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: 08/18/2020

*CLERK OF COURT*

8/26/2020 4:30 PM DOROTHY BROWN

*Signature of Clerk or Deputy Clerk*

Mr. Baez,

My client would like to settle this, but to do so, I need to understand your relationship to Raymond Baez (since I really don't know your name from your email, I am assuming you are not Raymond). If you are Raymond, then the questions I ask below are unnecessary.

My client will offer to give "Raymond" some money in exchange for Raymond's "release" of all claims, which I will prepare. That release must be signed by Raymond and notarized.

If Raymond is not around, then I need to know whether you have the right to sign a release that ends all of Raymond's claims against Foundation. Do you have that right, and if so, please explain it.

Again, I know that paying some money to Raymond by the Foundation is acceptable to the Foundation, but please understand that if they do that, they don't want any more claims filed against them by Raymond or anyone related to Raymond.

Let's get this resolved.

I look forward to your getting back to me.

Thank you.


John Stiefel
Nisen & Elliott, LLC
200 W. Adams
Suite 2500
Chicago, IL 60606

Ph: 312- 346-7800
Dir: 312 - 696 – 2505
Cell: 312-330-6200
Fax: 312-346-9316
Email: jstiefel@nisen.com